**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| URIEL VALDOVINOS TORRES, | No. 11-35950 |
| Petitioner - Appellant, | D.C. No. 3:10-cv-05896-BHS |
| v. | |
| UNITED STATES OF AMERICA, | MEMORANDUM[*] |
| Respondent - Appellee. | |

Appeal from the United States District Court
for the Western District of Washington
Benjamin H. Settle, District Judge, Presiding

Submitted March 10, 2014[**]

Before:    PREGERSON, LEAVY, and MURGUIA, Circuit Judges.

Federal prisoner Uriel Valdovinos Torres appeals from the district court's

order denying his 28 U.S.C. § 2255 motion to vacate, set aside, or correct his

sentence. We have jurisdiction under 28 U.S.C. § 2253. We review de novo a

---

   [*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

   [**]   The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

district court's denial of a section 2255 motion, *see United States v. Aguirre-Ganceda*, 592 F.3d 1043, 1045 (9th Cir. 2010), and we affirm.

Valdovinos Torres contends that his trial counsel provided ineffective assistance under *Padilla v. Kentucky*, 559 U.S. 356 (2010), when she failed to inform him of the immigration consequences of his guilty plea. Because Valdovinos Torres's conviction became final before *Padilla* was decided, his contention is foreclosed by *Chaidez v. United States*, 133 S. Ct. 1103, 1113 (2013), in which the Supreme Court held that *Padilla* does not apply retroactively to cases on collateral review.

**AFFIRMED.**